# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY GILL & MARCELLE LETOURNEAU, et al.,                ) | |
|                  ) | |
|          Plaintiffs,      ) | Case No. 1:09-cv-10309 JLT |
|                  ) | |
|        v.                ) | |
|                  ) | |
| OFFICE OF PERSONNEL MANAGEMENT, et al.,            ) | |
|                  ) | |
|         Defendants.    ) | |

## STIPULATION AND PROPOSED ORDER REGARDING SCHEDULE

The parties, by their undersigned counsel, hereby stipulate and agree as follows, and respectfully request that the Court so order:

WHEREAS, the defendants were served in this action on April 29, 2009, so that defendants' response to the Complaint is currently due June 29, 2009;

WHEREAS, plaintiffs intend to file an amended complaint no later than July 31, 2009 (the preparation of such amended complaint depending partly on reasonably anticipated events beyond plaintiffs' control that have not yet occurred);

WHEREAS, for the sake of efficiency, defendants seek to defer their obligation to respond until after the filing of plaintiffs' amended complaint, and plaintiffs are willing to agree to such deferral;

NOW THEREFORE, the parties hereby stipulate and agree that the Court should enter an order as follows:

1.  Defendants need not respond to the original Complaint herein.

2.  Provided that plaintiffs file their amended complaint no later than July 31, 2009,

defendants shall respond to such pleading no later than September 18, 2009.

3.  Should plaintiffs file their amended complaint after July 31, 2009, defendants shall

respond to such pleading no later than 45 days after its filing.

Respectfully submitted,

GAY & LESBIAN ADVOCATES & DEFENDERS

/s/ Gary D. Buseck

_____

Gary D. Buseck, BBO # 067540
Mary L. Bonauto, BBO # 549967
Nima R. Eshghi, BBO # 633716
Janson Wu, BBO # 600949
30 Winter Street, Suite 800
Boston, MA 02108
Telephone:    (617) 426-1350
E-mail:        gbuseck@glad.org

FOLEY HOAG LLP
Claire Laporte, BBO # 554979
Vickie L. Henry, BBO # 632367
Matthew Miller, BBO # 655544
Amy Senier, BBO # 672912
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:    (617) 832-1000
E-mail:        claporte@foleyhoag.com

SULLIVAN & WORCESTER LLP
David J. Nagle, BBO # 638385
Richard L. Jones, BBO # 631273
rjones@sandw.com
One Post Office Square
Boston, MA 02109
Telephone:    (617) 338-2800
E-mail:        dnagle@sandw.com

COUNSEL FOR PLAINTIFFS

TONY WEST
Assistant Attorney General

MICHAEL K. LOUCKS
Acting United States Attorney

JAMES J. GILLIGAN
Assistant Director

/s/ W. Scott Simpson

_____

W. SCOTT SIMPSON
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:    (202) 514-3495
Facsimile:    (202) 616-8470
E-mail:        scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

IT IS SO ORDERED.

Dated:  June _____, 2009

_____

JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

<u>Certificate of Service</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on June 22, 2009.

/s/ W. Scott Simpson

_____

W. SCOTT SIMPSON