# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY GILL & MARCELLE LETOURNEAU, et al., | ) ) ) |
| Plaintiffs, | ) ) Case No. 1:09-cv-10309 JLT |
| v. | ) ) ) |
| OFFICE OF PERSONNEL MANAGEMENT, et al., | ) ) ) |
| Defendants. | ) ) |

## STIPULATION AND PROPOSED ORDER REGARDING SCHEDULE

The parties, by their undersigned counsel, hereby stipulate and agree as follows, and respectfully request that the Court so order:

WHEREAS, the defendants were served in this action on April 29, 2009, so that defendants' response to the Complaint is currently due June 29, 2009;

WHEREAS, plaintiffs intend to file an amended complaint no later than July 31, 2009 (the preparation of such amended complaint depending partly on reasonably anticipated events beyond plaintiffs' control that have not yet occurred);

WHEREAS, for the sake of efficiency, defendants seek to defer their obligation to respond until after the filing of plaintiffs' amended complaint, and plaintiffs are willing to agree to such deferral;

NOW THEREFORE, the parties hereby stipulate and agree that the Court should enter an order as follows:

1. Defendants need not respond to the original Complaint herein.

2. Provided that plaintiffs file their amended complaint no later than July 31, 2009, defendants shall respond to such pleading no later than September 18, 2009.

3. Should plaintiffs file their amended complaint after July 31, 2009, defendants shall respond to such pleading no later than 45 days after its filing.

Respectfully submitted,

| | |
|---|---|
| GAY & LESBIAN ADVOCATES & DEFENDERS | TONY WEST<br>Assistant Attorney General |
| /s/ Gary D. Buseck | MICHAEL K. LOUCKS<br>Acting United States Attorney |
| Gary D. Buseck, BBO # 067540<br>Mary L. Bonauto, BBO # 549967<br>Nima R. Eshghi, BBO # 633716<br>Janson Wu, BBO # 600949<br>30 Winter Street, Suite 800<br>Boston, MA 02108<br>Telephone:   (617) 426-1350<br>E-mail:   gbuseck@glad.org | JAMES J. GILLIGAN<br>Assistant Director<br><br>/s/ W. Scott Simpson<br><br>W. SCOTT SIMPSON<br>Senior Trial Counsel |
| FOLEY HOAG LLP<br>Claire Laporte, BBO # 554979<br>Vickie L. Henry, BBO # 632367<br>Matthew Miller, BBO # 655544<br>Amy Senier, BBO # 672912<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone:   (617) 832-1000<br>E-mail:   claporte@foleyhoag.com | Attorneys, Department of Justice<br>Civil Division, Room 7210<br>Post Office Box 883<br>Washington, D.C. 20044<br>Telephone:   (202) 514-3495<br>Facsimile:   (202) 616-8470<br>E-mail:   scott.simpson@usdoj.gov<br><br>COUNSEL FOR DEFENDANTS |
| SULLIVAN & WORCESTER LLP<br>David J. Nagle, BBO # 638385<br>Richard L. Jones, BBO # 631273<br>rjones@sandw.com<br>One Post Office Square<br>Boston, MA 02109<br>Telephone:   (617) 338-2800<br>E-mail:   dnagle@sandw.com | |

COUNSEL FOR PLAINTIFFS

IT IS SO ORDERED.

Dated: June 25, 2009

JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on June 22, 2009.

/s/ W. Scott Simpson

W. SCOTT SIMPSON

3