UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY GILL & MARCELLE LETOURNEAU, et al., | ) ) ) |
| Plaintiffs, | ) )   Case No. 1:09-cv-10309 JLT ) |
| v. | ) ) |
| OFFICE OF PERSONNEL MANAGEMENT, et al., | ) ) ) |
| Defendants. | ) ) ) |

DEFENDANTS' MOTION TO DISMISS

The defendants, by their undersigned counsel, hereby move that this action be dismissed under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that all of the plaintiffs have failed to state a claim upon which relief can be granted and that certain of the plaintiffs lack standing to pursue some of their claims.

The grounds for this motion are more fully set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss.

I hereby certify that I have conferred with counsel for the plaintiffs, Mr. Gary Buseck, in a good-faith (but unsuccessful) attempt to resolve or narrow the issues on this motion.

REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court in resolving this motion. Accordingly, defendants respectfully request oral argument hereon.

Dated this 18th day of September, 2009.

Respectfully submitted,

TONY WEST
Assistant Attorney General

        MICHAEL K. LOUCKS
        Acting United States Attorney

        ARTHUR R. GOLDBERG
        Assistant Director

        /s/ W. Scott Simpson
        _____

        W. SCOTT SIMPSON
        Senior Trial Counsel

        Attorneys, Department of Justice
        Civil Division, Room 7210
        Post Office Box 883
        Washington, D.C. 20044
        Telephone:   (202) 514-3495
        Facsimile:    (202) 616-8470
        E-mail:       scott.simpson@usdoj.gov

        COUNSEL FOR DEFENDANTS

<u>Certificate of Service</u>

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on September 18, 2009.

        /s/ W. Scott Simpson
        _____
        W. SCOTT SIMPSON