UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY GILL & MARCELLE LETOURNEAU, et al.,

        Plaintiffs,

v.

OFFICE OF PERSONNEL MANAGEMENT, et al.,

        Defendants.

Case No. 1:09-cv-10309 JLT

### DEFENDANTS' *UNOPPOSED* MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF 20 PAGES

Defendants, by their undersigned counsel, hereby respectfully request leave to exceed the page limitation for memoranda of law set forth in Local Rule 7.1(b)(4). In support hereof, defendants state as follows:

1. This action challenges the constitutionality of an Act of Congress. Plaintiffs assert that the Defense of Marriage Act, Pub. L. No. 104-199, 110 Stat. 2419 (1996), violates the equal protection principles in the Fifth Amendment as applied to their requests for benefits under several federal programs. In addition to their constitutional claims, plaintiffs raise a statutory claim regarding interpretation of the statute that governs one of those programs.

2. Defendants are filing a motion to dismiss. The motion addresses the merits of the constitutional claims, including establishing the proper level of scrutiny. The motion also addresses plaintiffs' statutory claim, and asserts that certain of the plaintiffs lack standing to pursue some of their claims. Additionally, defendants' motion describes the various federal programs under which plaintiffs seek benefits.

3. For these reasons, twenty pages are insufficient to describe adequately the grounds for defendants' motion to dismiss. Defendants are submitting, simultaneously with this motion for leave, a Memorandum of Law in Support of Defendants' Motion to Dismiss which is twenty-seven pages in length (Doc. 21).

WHEREFORE, good cause having been shown, defendants respectfully request leave to file the Memorandum of Law in Support of Defendants' Motion to Dismiss submitted on September 18, 2009 (Doc. 21).

I hereby certify that I have conferred regarding this motion with counsel for the plaintiffs, Mr. Gary Buseck, who stated that plaintiffs have no objection to the relief requested herein.

Dated this 18th day of September, 2009.

    Respectfully submitted,

    TONY WEST
    Assistant Attorney General

    MICHAEL K. LOUCKS
    Acting United States Attorney

    ARTHUR R. GOLDBERG
    Assistant Director

    /s/ W. Scott Simpson
    _____
    W. SCOTT SIMPSON
    Senior Trial Counsel

    Attorneys, Department of Justice
    Civil Division, Room 7210
    Post Office Box 883
    Washington, D.C. 20044
    Telephone:   (202) 514-3495
    Facsimile:    (202) 616-8470
    E-mail:       scott.simpson@usdoj.gov

    COUNSEL FOR DEFENDANTS

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on September 18, 2009.

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON