UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 1:09-cv-10309

NANCY GILL & MARCELLE LETOURNEAU, )
MARTIN KOSKI & JAMES FITZGERALD, )
DEAN HARA, )
MARY RITCHIE & KATHLEEN BUSH, )
MELBA ABREU & BEATRICE HERNANDEZ, )
MARLIN NABORS & JONATHAN KNIGHT, )
MARY BOWE-SHULMAN & )
DORENE BOWE-SHULMAN, )
JO ANN WHITEHEAD & BETTE JO GREEN, )
RANDELL LEWIS-KENDELL, and )
HERBERT BURTIS, )
                              )
     Plaintiffs,                )
                              )
v.                              )
                              )
OFFICE OF PERSONNEL MANAGEMENT, )
UNITED STATES POSTAL SERVICE, )
JOHN E. POTTER, in his official capacity as )
the Postmaster General of the United States of )
America, )
MICHAEL J. ASTRUE, in his official capacity )
as the Commissioner of the Social Security )
Administration, )
ERIC H. HOLDER JR., in his official capacity )
as the United States Attorney General, and )
THE UNITED STATES OF AMERICA, )
     Defendants. )
                              )

NOTICE OF DISMISSAL, IN PART,
BY PLAINTIFFS NANCY GILL & MARCELLE LETOURNEAU

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Nancy Gill and Marcelle Letourneau hereby give notice of dismissal of that portion of Count I of the First Amended and Supplemental Complaint ("the Complaint") against Defendant Office of

Personnel Management (OPM) that asserts an action against OPM for the alleged refusal of OPM to allow Ms. Gill to include her spouse, Ms. Letourneau, within the coverage of her existing flexible spending account.

More particularly, Ms. Gill and Ms. Letourneau: (1) withdraw Paragraphs 401, 411 and 412 from the Complaint; and (2) delete the words "the Federal Flexible Spending Account Program" from Paragraph 404 of the Complaint.

Nothing in the foregoing should be understood as a dismissal of Ms. Gill and Ms. Letourneau's claim against Defendants United States Postal Service and John E. Potter for the refusal of the United States Postal Service to allow Ms. Gill to include Ms. Letourneau within the coverage of her existing flexible spending account.

NANCY GILL & MARCELLE LETOURNEAU

By their attorneys,

GAY & LESBIAN ADVOCATES &
DEFENDERS

/s/ Gary D. Buseck
Gary D. Buseck, BBO # 067540
gbuseck@glad.org
Mary L. Bonauto, BBO # 549967
mbonauto@glad.org
Nima R. Eshghi, BBO # 633716
neshghi@glad.org
Janson Wu, BBO # 600949
jwu@glad.org
30 Winter Street, Suite 800
Boston, MA 02108
(617) 426-1350

FOLEY HOAG LLP

/s/ Claire Laporte
Claire Laporte, BBO # 554979
claporte@foleyhoag.com
Vickie L. Henry, BBO # 632367

vhenry@foleyhoag.com
Matthew Miller, BBO # 655544
mmiller@foleyhoag.com
Amy Senier, BBO # 672912
asenier@foleyhoag.com
Stacy Anderson, BBO # 674697
sanderson@foleyhoag.com
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

JENNER & BLOCK

/s/ Paul M. Smith
Paul M. Smith, (pro hac vice)
psmith@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6060


DATED: October 14, 2009


### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 14, 2009.

/s/ Gary D. Buseck
Gary D. Buseck