# EXHIBIT B



United States
# Office of
## Personnel Management  Washington, DC 20415-0001

June 18, 2009

CSF 3 067 396
Gerry E. Studds

Dean T. Hara
505 Tremont Street, Unit 602
Boston, MA 02116

Dear Mr. Hara:

This is in reply to your May 4, 2009, request for reconsideration of the initial decision of the Office of Personnel Management (OPM). This decision rendered by our Retirement Benefits Branch dated April 8, 2009, found that you are ineligible to enroll in a health benefits plan under the Federal Employees Health Benefits Program (FEHBP). For the reason(s) explained below, we affirm the initial decision.

## BACKGROUND

After careful review of Mr. Studds' case file, we find that Mr. Studds submitted an application for retirement on September 18, 1996, which disclosed that he was unmarried and elected to continue his health benefits coverage under the Blue Cross-Blue Shield, health benefit plan, enrollment code 104, in a **self only** plan. Mr. Studds died on October 14, 2006. At the time of his death, he was still enrolled with Blue Cross-Blue Shield, code 104, self-only coverage, which terminated upon his death. On January 20, 2009, you requested to be enrolled on Mr. Studds' health benefit plan under the Federal Employee's Health Benefits Program, as his surviving spouse. On April 8, 2009, you were notified that you were not eligible for health benefit enrollment in the FEHBP as a survivor annuitant Mr. Studds was enrolled in a **self-only plan** at the time of his death.

## ANALYSIS AND FINDINGS

The OPM administers the FEHBP and is expected to allow coverage in accordance with the law and/or regulations. We are also obligated to correct errors in enrollment. The law that applies in your case is Section 890.304(b) of title 5, Code of Federal Regulations, which provides in pertinent part:

> (4) An annuitant's enrollment terminates, subject to the temporary extension of coverage for conversion, at midnight of the last day of the pay period in which he dies, unless he

      leaves a member of the family entitled to continue
      enrollment as a survivor annuitant...

We have no record or documentation (SF 2809) of Mr. Studds making an open season enrollment election to change his self only election to a self and family election at anytime from the date open season enrollment began until his date of death. Therefore, because Mr. Studds was not enrolled in a FEHBP family plan at the time of his death, you are not eligible to enroll for health benefits coverage under his health benefit plan as a survivor annuitant. While we sincerely sympathize with the circumstances you have presented, the law is specific on this point and OPM have no statutory authority to circumvent the law. In view of the above, the initial decision is affirmed.

## APPEAL RIGHT

This constitutes the final decision of Office of Personnel Management on this matter. You have the right to appeal this decision to the appropriate Federal district court. Please note that an appeal must be filed within (30) calendar days of the date that you receive this decision.

You may wish to consult with an attorney to determine the appropriate federal court for filing an appeal.

                Sincerely,

                *Joseph E. Miller, Jr.*

                Joseph E. Miller, Jr.,
                Legal Administrative Specialist
                Disability, Reconsideration and Appeals Group