UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

NANCY GILL & MARCELLE LETOURNEAU, )
et al., )
 )
      Plaintiffs, )   Case No. 1:09-cv-10309 JLT
 )
v. )
 )
OFFICE OF PERSONNEL MANAGEMENT, )
et al., )
 )
      Defendants. )
 )

---

## STIPULATION AND [REDACTED] ORDER REGARDING SCHEDULE

The parties, by their undersigned counsel, hereby stipulate and agree as follows, and respectfully request that the Court so order:

WHEREAS, the defendants filed a motion to dismiss the plaintiffs' amended complaint in its entirety on September 18, 2009;

WHEREAS, the plaintiffs intend to file a simultaneous or cross-motion for summary judgment in addition to an opposition to the defendants' motion to dismiss;

WHEREAS, the parties are not currently in agreement as to the appropriateness of the timing of the plaintiffs' intended motion for summary judgment while the defendants' motion to dismiss is pending;

WHEREAS, both the plaintiffs and the defendants wish to consent to the filing of a reply memorandum as to (1) the motion to dismiss and, (2) the plaintiffs' intended

motion for summary judgment, if the Court deems appropriate the filing of a motion for summary judgment at this time; and

WHEREAS, the parties desire to enter into a briefing schedule with respect to the existing motion to dismiss and, if the Court deems appropriate the filing of a motion for summary judgment at this time, plaintiffs' intended motion for summary judgment;

NOW THEREFORE, the parties hereby stipulate and agree that the Court should enter an order as follows:

1. Plaintiffs shall file an Opposition to the Defendants' Motion to Dismiss and a Motion for Summary Judgment no later than November 17, 2009.

2. Defendants shall file a Reply Brief as to their Motion to Dismiss no later than January 29, 2010.

3. Defendants reserve the right to seek a stay of all summary judgment proceedings, including the Defendants' obligation to respond to the Plaintiffs' intended motion, pending resolution of the Defendants' motion to dismiss. Such a stay request, if made, shall be filed no later than December 4, 2009.

4. If Defendants do not file a stay request as stated above, they shall file an opposition to Plaintiffs' motion for summary judgment no later than January 29, 2010, and Plaintiffs shall file a Reply Brief as to their motion for summary judgment no later than March 5, 2010.

5. If Defendants file a stay request as stated above and the Court denies the request, Defendants shall file an opposition to Plaintiffs' motion for summary judgment no later than January 29, 2010, or within thirty days after the Court denies the request for a stay, whichever is later, and Plaintiffs shall file a Reply Brief as to their motion for

summary judgment no later than March 5, 2010, or within thirty-five days after Defendants file their opposition, whichever is later.

Respectfully submitted,

| | |
|---|---|
| GAY & LESBIAN ADVOCATES & DEFENDERS | TONY WEST<br>Assistant Attorney General |
| /s/ Gary D. Buseck | ARTHUR R. GOLDBERG<br>Acting United States Attorney |
| Gary D. Buseck, BBO#067540<br>Mary L. Bonauto, BBO#549967<br>Nima R. Eshghi, BBO#633716<br>Janson Wu, BBO#600949<br>30 Winter Street, Suite 800<br>Boston, MA 02108<br>Telephone: (617) 426-1350<br>Email: gbuseck@glad.org | JAMES J. GILLIGAN<br>Assistant Director<br><br>/s/ W. Scott Simpson<br><br>W. SCOTT SIMPSON<br>Senior Trial Counsel |
| FOLEY HOAG LLP<br>Claire Laporte, BBO#554979<br>Vickie L. Henry, BBO#632367<br>Matthew Miller, BBO#655544<br>Amy Senier, BBO#672912<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1000<br>E-mail: claporte@foleyhoag.com | Attorneys, Department of Justice<br>Civil Division, Room 7210<br>Post Office Box 883<br>Washington, D.C. 20044<br>Telephone: (202) 514-3495<br>Facsimile: (202) 616-8470<br>E-mail: scott.simpson@usdoj.gov<br><br>COUNSEL FOR DEFENDANTS |
| SULLIVAN AND WORCESTER LLP<br>David J. Nagle, BBO#638385<br>Richard L. Jones, BBO#631273<br>One Post Office Square<br>Boston, MA 02109<br>Telephone: (617) 338-2800<br>Email: dnagle@sandw.com | |
| COUNSEL FOR PLAINTIFFS | |

IT IS SO ORDERED.

Dated: ~~October~~ Nov. 23, 2009

                                                                                               /s/ Joseph L. Tauro

                                                                                               JOSEPH L. TAURO
                                                                             UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as indicated on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on October 1, 2009.

                                                                                                           /s/ Gary D. Buseck

                                                                                                           GARY D. BUSECK