

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

*Post Office Box 883*
*Washington, D.C.  20044*

---

W. Scott Simpson
*Senior Trial Counsel*

Tel:   *(202) 514-3495*
Fax:   *(202) 616-8470*
Email:   *scott.simpson@usdoj.gov*

December 15, 2009


BY ELECTRONIC CASE FILING

The Honorable Joseph L. Tauro
Office of the Clerk, U.S. District Court
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

        Re:   Nancy Gill, et al. v. Office of Personnel Management, et al.,
                Case No. 1:09-cv-10309 JLT (D. Mass.)

Dear Judge Tauro:

     By agreement of the parties, this is to notify the Court that the defendants intend to file a motion for leave to file a reply to plaintiffs' Opposition to Defendants' Motion to Stay Proceedings on Plaintiffs' Motion for Summary Judgment (Doc. 49).  The motion for leave will be filed no later than Friday, December 18, and the proposed reply will be submitted as an attachment to the motion.  Plaintiffs have indicated that they will consent to the motion for leave under these conditions.

                                          Respectfully submitted,

                                          /s/ W. Scott Simpson

                                          W. SCOTT SIMPSON