UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY GILL & MARCELLE LETOURNEAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:09-cv-10309 JLT |

STIPULATION AND PROPOSED ORDER REGARDING SCHEDULE

The parties, by their undersigned counsel, hereby stipulate and agree as follows, and respectfully request that the Court so order:

WHEREAS, the Court has set a hearing on the parties' pending dispositive motions for May 26, 2010;

AND WHEREAS, counsel for the defendants will be on personal travel for a family member's wedding during the week of May 24-28, 2010;

NOW THEREFORE, the parties hereby stipulate and agree that the Court should enter an order as follows:

1. The motion hearing set for May 26, 2010, in Case No. 1:09-cv-10309 is removed from the calendar.

2. Defendants' motion to dismiss (Doc. 20) and plaintiffs' motion for summary judgment (Doc. 25) shall be heard on the afternoon of Thursday, May 6, 2010 (the exact time to be set by the Court).

Respectfully submitted,

| GAY & LESBIAN ADVOCATES & DEFENDERS | TONY WEST<br>Assistant Attorney General |
|---|---|

/s/ Gary D. Buseck
_____

Gary D. Buseck, BBO # 067540
Mary L. Bonauto, BBO # 549967
Nima R. Eshghi, BBO # 633716
Janson Wu, BBO # 600949
30 Winter Street, Suite 800
Boston, MA 02108
Telephone:   (617) 426-1350
E-mail:        gbuseck@glad.org

FOLEY HOAG LLP
Claire Laporte, BBO # 554979
Vickie L. Henry, BBO # 632367
Matthew Miller, BBO # 655544
Amy Senier, BBO # 672912
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:   (617) 832-1000
E-mail:        claporte@foleyhoag.com

SULLIVAN & WORCESTER LLP
David J. Nagle, BBO # 638385
Richard L. Jones, BBO # 631273
rjones@sandw.com
One Post Office Square
Boston, MA 02109
Telephone:   (617) 338-2800
E-mail:        dnagle@sandw.com

COUNSEL FOR PLAINTIFFS

TONY WEST
Assistant Attorney General

CARMEN M. ORTIZ
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director

/s/ W. Scott Simpson
_____

W. SCOTT SIMPSON
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:   (202) 514-3495
Facsimile:    (202) 616-8470
E-mail:        scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

IT IS SO ORDERED.

Dated:  March ____, 2010

_____
JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

<u>Certificate of Service</u>

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on March 16, 2010.

      /s/ W. Scott Simpson

      _____

      W. SCOTT SIMPSON