UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY GILL & MARCELLE LETOURNEAU, et al., | )<br>)<br>) |
| Plaintiffs, | )  Case No. 1:09-cv-10309 JLT<br>) |
| v. | )<br>)<br>) |
| OFFICE OF PERSONNEL MANAGEMENT, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

STIPULATION AND PROPOSED ORDER REGARDING SCHEDULE

The parties, by their undersigned counsel, hereby stipulate and agree as follows, and respectfully request that the Court so order:

WHEREAS, the Court has set a hearing on the parties' pending dispositive motions for May 26, 2010;

AND WHEREAS, counsel for the defendants will be on personal travel for a family member's wedding during the week of May 24-28, 2010;

NOW THEREFORE, the parties hereby stipulate and agree that the Court should enter an order as follows:

1. The motion hearing set for May 26, 2010, in Case No. 1:09-cv-10309 is removed from the calendar.

2. Defendants' motion to dismiss (Doc. 20) and plaintiffs' motion for summary judgment (Doc. 25) shall be heard ~~on the afternoon~~ @ 10:30 A.M. of Thursday, May 6, 2010 (~~the exact time to be set by the Court~~).

Respectfully submitted,

| | |
|---|---|
| GAY & LESBIAN ADVOCATES & DEFENDERS | TONY WEST<br>Assistant Attorney General |
| /s/ Gary D. Buseck | |
| _____ | CARMEN M. ORTIZ<br>United States Attorney |
| Gary D. Buseck, BBO # 067540<br>Mary L. Bonauto, BBO # 549967 | |
| Nima R. Eshghi, BBO # 633716 | ARTHUR R. GOLDBERG |
| Janson Wu, BBO # 600949 | Assistant Director |
| 30 Winter Street, Suite 800 | |
| Boston, MA 02108 | /s/ W. Scott Simpson |
| Telephone:   (617) 426-1350 | |
| E-mail:   gbuseck@glad.org | _____<br>W. SCOTT SIMPSON<br>Senior Trial Counsel |
| FOLEY HOAG LLP | |
| Claire Laporte, BBO # 554979 | Attorneys, Department of Justice |
| Vickie L. Henry, BBO # 632367 | Civil Division, Room 7210 |
| Matthew Miller, BBO # 655544 | Post Office Box 883 |
| Amy Senier, BBO # 672912 | Washington, D.C. 20044 |
| Seaport World Trade Center West | Telephone:   (202) 514-3495 |
| 155 Seaport Boulevard | Facsimile:   (202) 616-8470 |
| Boston, MA 02210-2600 | E-mail:   scott.simpson@usdoj.gov |
| Telephone:   (617) 832-1000 | |
| E-mail:   claporte@foleyhoag.com | COUNSEL FOR DEFENDANTS |

SULLIVAN & WORCESTER LLP
David J. Nagle, BBO # 638385
Richard L. Jones, BBO # 631273
rjones@sandw.com
One Post Office Square
Boston, MA 02109
Telephone:   (617) 338-2800
E-mail:   dnagle@sandw.com

COUNSEL FOR PLAINTIFFS

IT IS SO ORDERED.

Dated: March 22, 2010

_____
JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on March 16, 2010.

/s/ W. Scott Simpson

_____
W. SCOTT SIMPSON