UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY GILL & MARCELLE LETOURNEAU,
et al.,

    Plaintiffs,

v.             Civil Action No. 09-10309-JLT

OFFICE OF PERSONNEL MANAGEMENT,
et al.,

    Defendants.

## ORDER

July 8, 2010

TAURO, J.

For the reasons set forth in the accompanying Memorandum, this court hereby orders that:

1. Defendants' Motion to Dismiss [#20] is ALLOWED IN PART and DENIED IN PART. Specifically, Defendant's Motion to Dismiss [#20] is DENIED as to all claims, except Plaintiff Dean Hara's claim for enrollment in the Federal Employees Health Benefits Plan.

2. Plaintiffs' Motion for Summary Judgment [#25] is ALLOWED.

IT IS SO ORDERED.

/s/ J. Tauro
United States District Judge