# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY GILL & MARCELLE LETOURNEAU, et al.<br><br>                Plaintiffs,<br><br>   v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.<br><br>                Defendants. | No. 1:09-cv-10309 JLT |

## PROPOSED ORDER

August ____, 2010

TAURO, J.

The Defendants have moved for a stay of the judgment in this action pending appeal, and the Plaintiffs do not oppose that motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The Defendants' motion is granted, and the judgment in this action is stayed pending the disposition of any appeal filed by the Defendants.

 

                                                                                     Joseph L. Tauro<br>
                                                                                     United States District Judge