UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY GILL & MARCELLE LETOURNEAU, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.<br><br>        Defendants. | No. 1:09-cv-10309 JLT |

### JOINT MOTION FOR ENTRY OF AMENDED JUDGMENT AND UNOPPOSED MOTION FOR STAY PENDING APPEAL

Pursuant to Fed. R. Civ. P. Rule 59(e), the parties jointly move for entry of an Amended Judgment. A proposed form of Amended Judgment to be entered in this action is attached to this Request as Exhibit 1.

In addition, the Defendants hereby move for a stay pending appeal which is unopposed by the Plaintiffs. A proposed form of Order for the stay pending appeal to be entered in this action is attached hereto as Exhibit 2.

With respect to these motions, the parties state that, since the Court's decision on July 8, 2010, they have been diligently working on a joint request for entry of judgment and stay and had been preparing to file the foregoing with the Court today. We



Allowed
J Tauro DJ
8/17/10

respectfully submit that the proposed Amended Judgment and Order are worthy of the Court's consideration and entry.

The Defendants note that their concurrence in Exhibit 1 as the proposed form of Amended Judgment is contingent upon entry of the proposed Order submitted as Exhibit 2.

|  |  |
|---|---|
|  | Respectfully submitted, |
| GAY & LESBIAN ADVOCATES & DEFENDERS | TONY WEST<br>Assistant Attorney General |
| /s/ Gary D. Buseck | CARMEN M. ORTIZ<br>United States Attorney |
| Gary D. Buseck, BBO#067540<br>Mary L. Bonauto, BBO#549967<br>Janson Wu, BBO#600949<br>Samuel P. Bickett, BBO#676190<br>30 Winter Street, Suite 800<br>Boston, MA 02108<br>Telephone: (617) 426-1350<br>Email: gbuseck@glad.org | ARTHUR R. GOLDBERG<br>Assistant Director<br><br>/s/ W. Scott Simpson<br><br>W. SCOTT SIMPSON<br>Senior Trial Counsel |
| FOLEY HOAG LLP<br>Claire Laporte, BBO#554979<br>Vickie L. Henry, BBO#632367<br>Matthew Miller, BBO#655544<br>Amy Senier, BBO#672912<br>Catherine Deneke, BBO#673871<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1000<br>E-mail: claporte@foleyhoag.com | Attorneys, Department of Justice<br>Civil Division, Room 7210<br>Post Office Box 883<br>Washington, D.C. 20044<br>Telephone: (202) 514-3495<br>Facsimile: (202) 616-8470<br>Email: scott.simpson@usdoj.gov<br><br>COUNSEL FOR DEFENDANTS |
| JENNER & BLOCK LLP<br>Paul M. Smith (pro hac vice)<br>Telephone: (202) 639-6060<br>Email: psmith@jenner.com |  |
| COUNSEL FOR PLAINTIFFS |  |

SULLIVAN AND WORCESTER LLP
David J. Nagle, BBO#638385
Richard L. Jones, BBO#631273
One Post Office Square
Boston, MA 02109
Telephone:   (617) 338-2800
Email:        dangle@sandw.com

COUNSEL FOR PLAINTIFFS MARY RITCHIE, KATHLEEN BUSH,
MELBA ABREU, BEATRICE HERNANDEZ, MARLIN NABORS,
JONATHAN KNIGHT, MARYBOWE-SHULMAN and DORENE BOWE-SHULMAN


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 13, 2010.

/s/ Gary D. Buseck
Gary D. Buseck