UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY GILL & MARCELLE LETOURNEAU, et al.<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.<br><br>Defendants. | No. 1:09-cv-10309 JLT |

~~PROPOS~~ED ORDER

August  17 , 2010

TAURO, J.

The Defendants have moved for a stay of the judgment in this action pending appeal, and the Plaintiffs do not oppose that motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The Defendants' motion is granted, and the judgment in this action is stayed pending the disposition of any appeal filed by the Defendants.

Joseph L. Tauro
United States District Judge