# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY GILL & MARCELLE LETOURNEAU, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 09-10309-JLT |

### MOTION TO INTERVENE OF REPRESENTATIVE LAMAR SMITH

Lamar Smith is the United States Representative for the 21st Congressional District for the State of Texas.

Representative Smith moves this Court for an order granting him intervention as of right under Federal Rule of Civil Procedure 24(a). Alternatively, Representative Smith moves the Court to grant him permissive intervention under Rule 24(b). Representative Smith has a protectable interest in the subject matter of this litigation due to his position as ranking minority member of the House Judiciary Committee, which entitles him to ensure that the Attorney General defends federal legislation and appeals adverse decisions. 28 U.S.C. § 530D. Because the Attorney General has been ambivalent as to whether he will appeal the case and has not adequately defended DOMA, Representative Smith brings this motion to intervene to ensure that this Court's judgment will be appealed and to give DOMA a full and vigorous defense on appeal. In support of this motion, Representative Smith files a memorandum of law. Representative Smith has also attached to this motion a notice of appeal as his responsive pleading.

1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel for Proposed Intervenor-Defendant hereby certifies that on October 4, 2010, Dale Schowengerdt conferred with Counsel for the Plaintiffs, Gary Buseck, who said the Plaintiffs do not assent to this motion and Counsel for the Defendants, W. Scott Simpson, who said the Defendants also do not assent to this motion.

Respectfully submitted

Honorable Lamar Smith

by his Attorneys,

s/Philip D. Moran
Philip D. Moran, MA Bar No. 353920
265 Essex Street, Suite 202
Salem MA 01970
(978) 745-6085; (978) 741-2572 Fax
philipmoranesq@aol.com

Dale Schowengerdt,* AZ Bar No. 022684
Alliance Defense Fund
15192 Rosewood
Leawood, KS 66224
(913) 685-8000; (480) 444-0028 Fax
dale@telladf.org

Brian Raum,* NY Bar No. 2856102
Byron J. Babione,* AZ Bar No. 024320
Alliance Defense Fund
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020; (480) 444-0028 Fax
braum@telladf.org
bbabione@telladf.org

*Attorneys for Proposed Intervenor-Defendant*
*\*Pro Hac Vice motion pending*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2010, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

GAY & LESBIAN ADVOCATES DEFENDERS
Gary D. Buseck, BBO#067540
Mary L. Bonauto, BBO#549967
Janson Wu, BBO#600949
Samuel P. Bickett, BBO#676190
30 Winter Street, Suite 800
Boston, MA 02108
Telephone: (617) 426-1350
Email: gbuseck@glad.org

FOLEY HOAG LLP
Claire Laporte, BBO#554979
Vickie L. Henry, BBO#632367
Matthew Miller, BBO#655544
Amy Senier, BBO#672912
Catherine Deneke, BBO#673871
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1000
E-mail: claporte@foleyhoag.com

JENNER & BLOCK LLP
Paul M. Smith (pro hac vice)
1099 New York Avenue, NW
Washington, DC 20001-4412
Telephone: (202) 639-6060
Email: psmith@jenner.com

COUNSEL FOR PLAINTIFFS

TONY WEST
Assistant Attorney General
ARTHUR R. GOLDBERG
Assistant Director
W. SCOTT SIMPSON
Senior Trial Counsel
Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
Email: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

SULLIVAN AND WORCESTER LLP
David J. Nagle, BBO#638385
Richard L. Jones, BBO#631273
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Email: dangle@sandw.com

COUNSEL FOR PLAINTIFFS MARY RITCHIE, KATHLEEN BUSH, MELBA ABREU, BEATRICE HERNANDEZ, MARLIN NABORS, JONATHAN KNIGHT, MARYBOWE-SHULMAN and DORENE BOWE-SHULMAN

/s/ Philip D. Moran
Philip D. Moran
265 Essex Street, Suite 202
Salem MA 01970
(978) 745-6085; (978) 741-2572 Fax
philipmoranesq@aol.com