IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY GILL & MARCELLE LETOURNEAU, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 09-10309-JLT |

**NOTICE OF APPEAL**

Notice is hereby given that Representative Lamar Smith, the Proposed Intervenor-Defendant in the above-named matter, hereby appeals to the United States District Court of Appeals For the First Circuit from the final judgment entered in this action on August 17, 2010.

Respectfully submitted this the 5th day of October, 2010.

By:/s/ Philip D. Moran

| | |
|---|---|
| Brian W. Raum,* NY Bar No. 2856102<br>Byron J. Babione,* AZ Bar No. 024320<br>Alliance Defense Fund<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020; (480) 444-0028 Fax<br>braum@telladf.org<br>bbabione@telladf.org | Philip D. Moran, MA Bar No. 353920<br>265 Essex Street, Suite 202<br>Salem MA 01970<br>(978) 745-6085; (978) 741-2572 Fax<br>philipmoranesq@aol.com<br><br>Dale Schowengerdt,* AZ Bar No. 022684<br>Alliance Defense Fund<br>15192 Rosewood<br>Leawood, KS 66224<br>(913) 685-8000; (480) 444-0028 Fax<br>dale@telladf.org<br><br>*Attorneys for Proposed Intervenor-Defendant*<br>*\*Pro Hac Vice motion pending* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2010, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

GAY & LESBIAN ADVOCATES DEFENDERS
Gary D. Buseck, BBO#067540
Mary L. Bonauto, BBO#549967
Janson Wu, BBO#600949
Samuel P. Bickett, BBO#676190
30 Winter Street, Suite 800
Boston, MA 02108
Telephone: (617) 426-1350
Email: gbuseck@glad.org

FOLEY HOAG LLP
Claire Laporte, BBO#554979
Vickie L. Henry, BBO#632367
Matthew Miller, BBO#655544
Amy Senier, BBO#672912
Catherine Deneke, BBO#673871
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1000
E-mail: claporte@foleyhoag.com

JENNER & BLOCK LLP
Paul M. Smith (pro hac vice)
1099 New York Avenue, NW
Washington, DC 20001-4412
Telephone: (202) 639-6060
Email: psmith@jenner.com

COUNSEL FOR PLAINTIFFS

TONY WEST
Assistant Attorney General
ARTHUR R. GOLDBERG
Assistant Director
W. SCOTT SIMPSON
Senior Trial Counsel
Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
Email: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

SULLIVAN AND WORCESTER LLP
David J. Nagle, BBO#638385
Richard L. Jones, BBO#631273
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Email: dangle@sandw.com

COUNSEL FOR PLAINTIFFS MARY RITCHIE, KATHLEEN BUSH, MELBA ABREU, BEATRICE HERNANDEZ, MARLIN NABORS, JONATHAN KNIGHT, MARYBOWE-SHULMAN and DORENE BOWE-SHULMAN

s/ Philip D. Moran
Philip D. Moran
265 Essex Street, Suite 202
Salem MA 01970
(978) 745-6085; (978) 741-2572 Fax
philipmoranesq@aol.com