UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY GILL & MARCELLE LETOURNEAU, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OFFICE OF PERSONNEL MANAGEMENT, )<br>et al., )<br>)<br>Defendants. )<br>) | Case No. 1:09-cv-10309 JLT |

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that all defendants hereby appeal to the United States Court of Appeals for the First Circuit from the Amended Judgment dated August 17, 2010 (Doc. 74) and from the underlying Order and Memorandum dated July 8, 2010 (Docs. 69, 70).

Dated this 12th day of October, 2010.

                                            Respectfully submitted,

                                            TONY WEST
                                            Assistant Attorney General

                                            CARMEN M. ORTIZ
                                            United States Attorney

                                            ARTHUR R. GOLDBERG
                                            Assistant Director

                                            /s/ W. Scott Simpson
                                            _____

                                            W. SCOTT SIMPSON
                                            Senior Trial Counsel

                                            Attorneys, Department of Justice

                                          Civil Division, Room 7210
                                          Post Office Box 883
                                          Washington, D.C. 20044
                                          Telephone:    (202) 514-3495
                                          Facsimile:     (202) 616-8470
                                          E-mail:        scott.simpson@usdoj.gov

                                         COUNSEL FOR DEFENDANTS

                                                <u>Certificate of Service</u>

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on October 12, 2010.

                                                     /s/ W. Scott Simpson
                                                     _____
                                                    W. SCOTT SIMPSON