# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NANCY GILL & MARCELLE LETOURNEAU, et al. | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:09-cv-10309 JLT |
| v. | ) ) ) | |
| OFFICE OF PERSONNEL MANAGEMENT, et al. | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Dean Hara, a Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from that part of the Amended Judgment entered in this action on August 18, 2010 and any orders and rulings underlying that part of the Amended Judgment that dismissed for lack of jurisdiction Plaintiff Dean Hara's claim in Count III of the Second Amended Complaint as against the Defendant Office of Personnel Management.

> DEAN HARA
> By his attorneys,
>
> GAY & LESBIAN ADVOCATES &
>     DEFENDERS
>
> /s/  Gary D. Buseck
> Gary D. Buseck, BBO # 067540
> gbuseck@glad.org
> Mary L. Bonauto, BBO # 549967
> mbonauto@glad.org
> Janson Wu, BBO # 600949
> jwu@glad.org

        30 Winter Street, Suite 800
        Boston, MA  02108
        (617) 426-1350

        FOLEY HOAG LLP

        /s/  Claire Laporte
        Claire Laporte, BBO # 554979
        claporte@foleyhoag.com
        Vickie L. Henry, BBO # 632367
        vhenry@foleyhoag.com
        Matthew Miller, BBO # 655544
        mmiller@foleyhoag.com
        Amy Senier, BBO # 672912
        asenier@floeyhoag.com
        Catherine Deneke, BBO # 673871
        cdeneke@foleyhoag.com
        Seaport World Trade Center West
        155 Seaport Boulevard
        Boston, MA  02210-2600
        (617) 832-1000

        JENNER & BLOCK

        /s/  Paul M. Smith
        Paul M. Smith, (pro hac vice)
        psmith@jenner.com
        1099 New York Avenue, NW
        Suite 900
        Washington, DC 20001-4412
        (202) 639-6060

DATED:  October 13, 2010

### Certificate of Service

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 13, 2010.

        /s/  Gary D. Buseck
        Gary D. Buseck