Dear Judge Tauro, my name is Kristopher Kadrmas and I'm a 27 year old college student from Medford, Minnesota.

At the present time I'm working on completing my Bachelor's Degree in History with a Minor in Political Science.

Once I complete my Bachelor's Degree, I plan on going to law school with the goal of becoming a Public defender.

I thank you for your service to the country, in the U.S. Army, U.S. Attorney for Massachusetts and as a U.S. District Court Judge. You were nominated by my favorite President, Richard Nixon.

I am writing to express my disagreement with a ruling you made in 2010, saying DOMA is unconstitutional.

(2)

DOMA is perfectly sound legally, and the fact in 2004 that 4 Liberal Justices of the Massachusetts Supreme Court, felt the need to upend marriage to suit their personal opinions, does not make it okay legally or morally as the Massachusetts law is errant and simply should have not been used as a reference to ruling DOMA unconstitutional.

I would like to hear your opinions on why you ruled the way you did in this case?

Thank you,
Sincerely,
- Kristopher Kadrmas



Kristopher Kodrmas
P.O. Box 373
Medford, MN 55049

Judge Joseph Tauro
John Joseph Moakley U.S. Courthouse
1 Courthouse Way Suite 2300
Boston, MA 02210

SCREENED