UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NANCY GILL and MARCELLE LETOURNEAU, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 09-10309-LTS |
| OFFICE OF PERSONNEL MANAGEMENT, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ON PLAINTIFFS' MOTION TO ENFORCE THE JUDGMENT

July 16, 2015

SOROKIN, J.

On August 12, 2010, the Court issued a general judgment declaring DOMA unconstitutional and enjoining discrimination in the form of the different treatment Plaintiffs received compared to similarly situated individuals married to persons of the opposite sex.  Doc. No. 71.  It ordered no other relief and no specific relief for Plaintiffs Koski or Fitzgerald.  Id.  On August 17, 2010, in response to a joint motion to alter the judgment and for a stay pending appeal, the Court entered an Amended Judgment which permanently enjoined, ordered, and directed the Office of Personnel Management ("OPM") "to review and process, without regard to Section 3 of DOMA, the request of Plaintiff Martin Koski dated October 5, 2007, to change his enrollment in the FEHB from 'self only' to 'self and family' so as to provide coverage for his spouse, Plaintiff James Fitzgerald."  Doc. No. 74 at 3.  The Amended Judgment also required the United States to provide tax refunds for certain extra tax payments made by some Plaintiffs and

the Postal Service to permit reimbursement under a flexible spending account of eligible medical expenses incurred by another Plaintiff, both losses attributable to those Plaintiffs' treatment pursuant to DOMA. Id. at 3-5. The Amended Judgment, however, provided no such relief to either Koski or Fitzgerald. See id. The Court also stayed enforcement of the Amended Judgment pending the Defendants' appeal. Doc. No. 75.

Upon issuance of the Mandate by the Court of Appeals on July, 1, 2013, the OPM processed the October 5, 2007, application and provided "self and family" coverage effective August 1, 2013. Doc. No. 96-1 ¶ 1. Now, Koski and Fitzgerald request that the Court enforce the judgment by requiring the OPM to reimburse Koski and Fitzgerald for the extra medical expenses they incurred as a result of not having "self and family" coverage during the period from October 5, 2007 until August 1, 2013. The Amended Judgment does not provide for reimbursement of the expenses sought by Koski and Fitzgerald. The parties crafted a specific and detailed proposed Amended Judgment, endorsed by the Court, which provided for certain refunds and reimbursement, but not reimbursement of the expenses which are the subject of the present Motion.[1] Given the terms and finality of the Amended Judgment, the Motion to Enforce, Doc. No. 95, is DENIED.

                                                SO ORDERED.

                                                  /s/ Leo T. Sorokin
                                                Leo T. Sorokin
                                                United States District Judge

---

[1] Significantly, the Second Amended and Supplemental Complaint, although seeking monetary awards for other plaintiffs who faced heightened costs attributable to DOMA, did not seek monetary relief for Koski or Fitzgerald. Doc. No 65 at 114-115.